UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAXX SPORTS TECHNOLOGIES LTD § | | |
|     Plaintiff, § | | |
| § | | |
| Vs. § | CIVIL ACTION NO. _____ | |
| § | | |
| GABRIELLE NICOLE HANSEN § | | |
| & BRIAN SCHWEIKER § | | |
| & THE WOODLANDS AND § | | |
| SPRING REALTY, INC § | | |
| (dba RE/MAX THE WOODLANDS & § | | |
| SPRING § | | |
| 7 RE/MAX HOLDINGS, INC. § | | |
| & JUDSON TUCKER § | | |
| & BRYAN FOWLER § | | |
| & MONTGOMERY COUNTY § | | |
|     DefendantS. § | | |

## **LIST OF COUNSEL OF RECORD AND PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

1. **Maxx Sports Technologies Ltd**.: George A Oggero, P.O. Box 631382, Houston, TX 77263, Tel: (713)364-5759.

2. **Montgomery County, Texas:** Daniel Plake, Montgomery County Attorney's Office, 501 N. Thompson St., Suite 300, Conroe, TX 77301, Tel: (936) 539-7992.

3. **Gabrielle Nicole Hansen**: Unknown

4. **Brian Scweiker**: Unknown

5. **The Woodland and Spring Realty, Inc.:** Unknown

6. **Re/Max Holdings, Inc.:** Unknown

7. **Judson Tucker:** Unknown

8. **Bryan Fowler:** Unknown

1

Respectfully submitted,

By: ___s/Daniel Plake_____
Daniel Plake
Assistant County Attorney
Texas Bar No. 24062942
Federal ID No. 918023
Daniel.plake@mctx.org
501 N. Thompson, Suite 300
Conroe, Texas 77301
Phone:   (936) 539-7924
Fax:      (936) 760-6920
ATTORNEY-IN-CHARGE FOR
DEFENDANT MONTGOMERY
COUNTY, TEXAS

**Notice of Electronic Filing**

I, Daniel Plake, Assistant Montgomery County Attorney, certify that on the 6th day of March, 2020, I have electronically filed a true and correct copy of the foregoing notice in accordance with the CM/ECF System and Rules of the Southern District of Texas.

___s/Daniel Plake_____
Daniel Plake

**Certificate of Service**

I, Daniel Plake, Assistant Montgomery County Attorney, certify that on the 6th day of March, 2020, I have served a true and correct copy of the foregoing notice to all parties of record through the CM/ECF System in accordance with the Federal Rules of Civil Procedure and Rules of the Southern District of Texas.

George A Oggero
P.O. Box 631382
Houston, TX 77263

                                        __s/Daniel Plake_____
                                          Daniel Plake