**HCDistrictclerk.com**          MAXXSPORTS TECHNOLOGIES vs. HANSEN, GABRIELLE NICOLE                         3/6/2020

Cause: 202011613     CDI: 7     Court: 189

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 89747268 | ORDER SIGNED SUBSTITUTING ATTORNEY OF RECORD | | 03/04/2020 | 2 |
| 89659247 | Motion for Leave to Withdraw and Substitute Counsel | | 02/27/2020 | 3 |
| -> 89659248 | Proposed Order | | 02/27/2020 | 2 |
| 89671965 | Civil process pick-up form | | 02/25/2020 | 1 |
| 89524542 | PLAINTIFFS ORIGINATING PETITION | | 02/20/2020 | 18 |
| -> 89524543 | REQUEST FOR ISSUANCE OF SERVICE | | 02/20/2020 | 7 |



DEFENDANT'S EXHIBIT 1