2/20/2020 10:25:41 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 40992963
By: CARROLL, JOSHUA D
Filed: 2/20/2020 10:25:41 AM

# Marilyn Burgess
## 2020-11613 / Court: 189
### HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION_____

FILE DATE: 02/19/2020_____ Month/Day/Year
SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: GABRIELLE NICOLE HANSEN_____

Address of Service: 3 WISTERIA WALK CIRCLE_____

City, State & Zip: SPRING TEXAS 77381_____

Agent (if applicable) _____

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)
[X] Citation      [ ] Citation by Posting     [ ] Citation by Publication     [ ] Citations Rule 106 Service
[ ] Citation Scire Facias     Newspaper_____
[ ] Temporary Restraining Order     [ ] Precept     [ ] Notice
[ ] Protective Order
[ ] Secretary of State Citation ($12.00)     [ ] Capias (not by E-Issuance)     [ ] Attachment (not by E-Issuance)
[ ] Certiorari     [ ] Highway Commission ($12.00)
[ ] Commissioner of Insurance ($12.00)     [ ] Hague Convention ($16.00)     [ ] Garnishment
[ ] Habeas Corpus (not by E-Issuance)     [ ] Injunction     [ ] Sequestration
[ ] Subpoena
[ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
[ ] ATTORNEY PICK-UP (phone) _____
[ ] MAIL to attorney at: _____
[ ] CONSTABLE
[ ] CERTIFIED MAIL by District Clerk
[ ] E-Issuance by District Clerk
    (No Service Copy Fees Charged)
    Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

[X] CIVIL PROCESS SERVER - Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
[ ] OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920
Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074
Phone Number: 713-772-0404

DEFENDANT'S EXHIBIT 2

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION

FILE DATE: 02/19/2020 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: BRIAN SCHWEIKER

Address of Service: 26203 Oak Ridge Drive

City, State & Zip: The Woodlands TX 77380

Agent (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias   Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [X] CIVIL PROCESS SERVER – Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920

Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074

Phone Number: 713-772-0404

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____ CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION

FILE DATE: 02/19/2020 _____ Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: The Woodlands and Spring Realty, Inc (dba RE/Max The Woodlands & Spring)

Address of Service 18000 Groschke Rd., #A-7

City, State & Zip: Houston TX 77084

Agent (if applicable) Richard Filip

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk
  (No Service Copy Fees Charged)
  *Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.
- [X] CIVIL PROCESS SERVER - Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
- [ ] OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920

Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074

Phone Number: 713-772-0404

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**Request for Issuance of Service**

CASE NUMBER: _____    CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION _____

FILE DATE: 02/19/2020 _____ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: RE/MAX HOLDINGS, INC. _____

Address of Service 5075 South Syracuse St. _____

City, State & Zip: Denver, Colorado 80237 _____

Agent (if applicable) Geoffrey D. Lewis, Chief Legal Counsel _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [X] CIVIL PROCESS SERVER - Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920

Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074

Phone Number: 713-772-0404

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**Request For Issuance of Service**

CASE NUMBER: _____  CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION

FILE DATE: 02/19/2020 _____ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: JUDSON TUCKER

Address of Service 220-1/2 West Davis St.

City, State & Zip: Conroe, TX 77301

Agent (if applicable) _____

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)
  *Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.
- [X] CIVIL PROCESS SERVER - Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920

Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074

Phone Number: 713-772-0404

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**Request for Issuance of Service**

CASE NUMBER: _____ CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION

FILE DATE: 02/19/2020 Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: BRYAN FOWLER

Address of Service 300 West Davis St., Ste. 510

City, State & Zip: 77301

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)
  *Note:* The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.
- [X] CIVIL PROCESS SERVER – Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920

Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074

Phone Number: 713-772-0404

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

CASE NUMBER: _____    CURRENT COURT: _____

Name(s) of Documents to be served: ORIGINATING PETITION

FILE DATE: 02/19/2020 _____ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: MONTGOMERY COUNTY

Address of Service 207 West Phillips St.

City, State & Zip: Conroe TX 77301

Agent (if applicable) MONTGOMERY COUNTY ATTORNEY OFFICE

TYPE OF SERVICE/PROCESS TO BE ISSUED: (Check the proper Box)

- [X] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post-Judgment Service)

SERVICE BY (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

Note: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [X] CIVIL PROCESS SERVER - Authorized Person to Pick-up: LONESTAR, MAILBOX 17 Phone: _____
- [ ] OTHER, explain _____

Issuance of Service Requested By: Attorney/Party Name: Matthew Ugbana Bar # or ID 20369920

Mailing Address: 6776 Southwest Fwy, #225, Houston TX 77074

Phone Number: 713-772-0404



# MARILYN BURGESS
HARRIS COUNTY DISTRICT CLERK

COPY OF PLEADING PROVIDED BY PLTD.

ENTERED
VERIFIED BD 2-25-2020

## Civil Process Pick-Up Form

### CAUSE NUMBER: 202011613

ATY _____  CIV __X__  COURT __189__

**REQUESTING ATTORNEY/FIRM NOTIFICATION**

*ATTORNEY: UGBANA, MATTHEW C  PH: 713-772-0404

*CIVIL PROCESS SERVER: LONESTAR

*PH:  BOX: 17

*PERSON NOTIFIED SVC READY: _____

* NOTIFIED BY: _____

DATE: _____

Type of Service Document: CITATION  Tracking Number 73727818 ✓
Type of Service Document: CITATION  Tracking Number 73727822 ✓
Type of Service Document: CITATION  Tracking Number 73727825 ✓
Type of Service Document: CITATION  Tracking Number 73727830 ✓
Type of Service Document: CITATION  Tracking Number 73727831 ✓
Type of Service Document: CITATION  Tracking Number 73727832 ✓
Type of Service Document: CITATION  Tracking Number 73727834 ✓
Service Issued By: *Joshua Carroll*

Civil Process Pick-Up Form Completed By: *Joshua Carroll*

Date: 02 – 25 – 2020    30 days waiting: 03 – 25 – 2020

*Process papers released to: R. A. Smith
(PRINT NAME)

*(CONTACT NUMBER) _____  (SIGNATURE)

*Process papers released by: I. Collins
(PRINT NAME)

I. Collins
(SIGNATURE)

* Date: 2-27-2020  Time: 9:10  (AM)/ PM

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging    Revised 01-07-2020