United States District Court
Southern District of Texas

**ENTERED**
August 17, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Maxx Sports Technologies LTD §
    Plaintiff, §
 §
v.                                      §       Civil Action H-20-820
 §
Gabrielle Hansen, Brian Schweiker, §
The Woodlands and Spring Realty, §
Inc. (dba RE/MAX The Woodlands §
& Spring), RE/MAX Holdings, Inc., §
Judson Tucker, Bryan Fowler, and §
Montgomery County, §
    Defendants. §

## Order of Adoption

On July 29, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (36) recommending that the court grant Defendants' motions to dismiss for failure to state a cause of action and that Maxx Sports's claims be dismissed with prejudice. Maxx Sports filed its objections. (40) The court denies Maxx Sports's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on August 17, 2020.

Lynn N. Hughes
United States District Judge